UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JUN Y. WANG,  )
　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　　)　　Case No.  2:12-cv-01161-RCJ-CWH
　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　)　　**ORDER**
　　　　　　　　　　　　　　　　　　　　)
COUNTRYWIDE BANK, N.A., *et al.*,　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　　　　)
_____)

This matter is before the Court on Plaintiff's Motion for Leave to Serve Defendants Through Counsel (#14), filed January 14, 2013, and Plaintiff's Motion for Leave to Amend Complaint (#15), filed January 14, 2013.

Plaintiff has not submitted points and authorities in support of her request to complete service by serving Defendants' counsel.  Nor has Plaintiff shown that a waiver of service was requested under Rule 4(d).  "The failure of a moving party to file points an authorities in support of the motion shall constitute a consent to the denial of the motion."  Local Rule ("LR") 7-2(d). Further, Plaintiff did not attach the proposed amended pleading to her motion to amend.  Pursuant to LR 15-1(a), "[u]nless otherwise permitted by the Court, the moving party shall attach the proposed amended pleading to any motion to amend, so that it will be complete in itself without reference to the superseding pleading." Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Serve Defendants Through Counsel (#14) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (#15) is **denied without prejudice**.

DATED this 16th day of January, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**